JAMES T. PENFIELD et al., as Executors of GEORGE J. PENFIELD, Deceased, Respondents, *v.* THE VILLAGE OF NEW ROCHELLE et al., Defendants; THE NEW ROCHELLE COAL AND LUMBER COMPANY, Appellant.

*Penfield* v. *Vil. of New Rochelle,* 18 App. Div. 83, affirmed.
(Submitted October 6, 1899; decided October 27, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

88

May 22, 1897, upon an order affirming a judgment in favor of the plaintiff entered upon a decision of the court on trial at Special Term.

*Michael J. Tierney* and *J. Addison Young* for appellant.

*Isaac N. Mills* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.